NUMBER 13-04-152-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

SERVANDO HERNANDEZ,                                                 Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 24th District Court of Victoria County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, SERVANDO HERNANDEZ, attempted to perfect an appeal from a
judgment entered by the 24th District Court of Victoria County, Texas. Sentence in
this cause was imposed on December 18, 2003. A timely motion for new trial was
filed on January 16, 2004. The notice of appeal was due to be filed on March 17,
2004, but was not filed until March 19, 2004. Said notice of appeal is untimely filed. 
Appellant filed an untimely motion to permit late filing of the notice of appeal on April
13, 2004.
         Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and motion requesting an extension of time within such period. 
         The Court, having considered the documents on file, appellant's failure to timely
perfect his appeal, and appellant’s untimely motion, is of the opinion that the appeal
should be dismissed for want of jurisdiction. Appellant’s untimely motion to permit
late filing of notice of appeal is dismissed. The appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 6th day of May, 2004.